

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-14-00709-CR

Francisco Javier **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9697
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The appellee's brief was filed in this appeal on July 20, 2015. On July 23, 2015, appellant's first motion for an extension of time to file a reply brief was granted, and appellant's reply brief was due to be filed by August 3, 2015. On August 2, 2015, appellant filed a second motion requesting an additional extension of time to file the reply brief. The motion is GRANTED. Appellant's reply brief must be filed no later than August 17, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court